PER CURIAM.

(No. 74-CC-655— )

ANDERSON WITTE ENGRAVING Co., Claimant, *vs.* STATE OF ILLINOIS, POLLUTION CONTROL BOARD, Respondent.

*Opinion filed May 13, 1975.*

ANDERSON WITTE ENGRAVING Co., Claimant, pro se.

William J. Scott, Attorney General; William J. Karaganis, Assistant Attorney General, for Respondent.

Per Curiam.